James E. Mercante (JM 4231)
Michael E. Stern (MS 9113)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, NY 10017
(212) 953-2381
Attorneys for Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

of

DAVID SEAN KENNEDY and KENNEDY ENGINE CO., INC., as owners and/or owners *pro hac vice* of vessel M/V CHELSEA SCREAMER for Exoneration from or Limitation of Liability,

Petitioner.



**JUDGE MARRERO**

07 CIV 3808
CV

**RULE 7.1 STATEMENT**

RECEIVED
MAY 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant KENNEDY ENGINE CO., INC. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **None**

Dated: May 15, 2007

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Petitioners
DAVID SEAN KENNEDY and KENNEDY ENGINE CO., INC.

By: _____
James E. Mercante (JM 4231)
Michael E. Stern (MS 9113)
292 Madison Avenue
New York, New York 10016
(212) 953-2381