**State of New York**
COUNTY OF NEW YORK       SS:

600172

INGRID CHRISTIANI _____ being duly sworn, says that he/she is the principal Clerk of the Publisher of the

# New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 25 day of May, 2007
on the 01 day of June, 2007
on the 08 day of June, 2007
on the 15 day of June, 2007

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
                                    07 CIV 3808
                        NOTICE OF COMPLAINT
                        FOR EXONERATION FROM
                        OR LIMITATION OF LIABILITY
-------------------------------------------x
DAVID SEAN KENNEDY and KENNEDY ENGINE CO., INC, as owners and/or owners pro hac vice of vessel M/V CHELSEA SCREAMER for Exoneration from or Limitation of Liability, Petitioner.
-------------------------------------------x
PLEASE TAKE NOTICE that DAVID SEAN KENNEDY and KENNEDY ENGINE CO., INC (hereinafter "Petitioner") as owner or owners pro hac vice of the M/V CHELSEA SCREAMER, a 53-foot 1994 passenger vessel have filed a Verified Complaint claiming the right of Exoneration from or Limited Liability pursuant to the vessel owner's Limitation of Liability Act, Title 46 U.S.C. U 30501 et seq., for all claims, damages and/or injuries alleged by JOHN C. BAIRD, and any others arising on or about July 3, 2004, while JOHN C. BAIRD was aboard the Vessel on navigable waters of the Hudson River, New York as more fully described in the Verified Complaint; and
PLEASE TAKE FURTHER NOTICE that all persons, firms, entities or corporations, having any claim or suit against Petitioner arising or resulting from the alleged incident must file a Claim as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007 and must deliver or mail to the attorneys for the Petitioner, James E. Mercante, Esq., RUBIN, FIORELLA & FRIEDMAN LLP, 292 Madison Avenue, 11th Floor, New York, New York 10017, a copy on or before June 18, 2007, or be defaulted. Personal attendance is not required.
Further, any claimant desiring to contest Petitioner's right either to Exoneration from or Limitation of Liability shall file an Answer to the Verified Complaint on or before the aforesaid date as required by Supplemental Rule "F" of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioner, or be defaulted.

Dated: New York, New York
May 15, 2007
                                    /s/ J. Michael McMahon, Clerk

---

_[signature: Ingrid Christiani]_

Sworn to before me this 15 day of June, 2007

_[signature]_
Notary Public

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008