## SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY · NEW YORK · NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 571-3903
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD · MINEOLA · NEW YORK 11501
TELEPHONE: (516) 742-0707 · FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET · HACKENSACK · NEW JERSEY 07601
TELEPHONE: (201) 342-0037 · FACSIMILE: (201) 342-8401
SPBMC-NJ@TrialLaw1.com

PLEASE REPLY TO:
New York City Office

Author's E-Mail Address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Line:
(212) 266-4156

July 20, 2007

VIA FACSIMILE: 212-805-6382
Chambers,
Hon. Victor Marrero
United States District Judge
Southern District of New York
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07

RE: In re: David Kennedy and Kennedy Engine Company
Our client: John Baird
Civil No.: 07 CIV 3808

Honorable Sir:

This firm represents John Baird a claimant in the above captioned limitation of liability proceeding. I am the attorney at the firm responsible for handling this matter.

I am writing to request an adjournment of the July 26, 2007 Initial Conference in the above matter as I will be on vacation during the week of July 23, 2007.

No prior requests have been made for an adjournment and my adversary has consented to my request.

Thank you.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By_____
FRANK V. FLORIANI (4489 FF)

Request GRANTED. The initial conference herein is rescheduled to 8-3-07 at 3:30 p.m.
SO ORDERED.
7-20-07
DATE      VICTOR MARRERO, U.S.D.J.