UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT     07 civ 3808 (VM)

       of

DAVID SEAN KENNEDY and KENNEDY ENGINE    CIVIL CASE MANAGEMENT
CO., INC., as owners and/or owners *pro hac vice*    PLAN AND SCHEDULING
of vessel M/V CHELSEA SCREAMER for    ORDER
Exoneration from or Limitation of Liability,

------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-07

      This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(t).

1.    This case (is)(is not) to be tried to a jury: Claimant reserves his right to claim jury

2.    Joinder of additional parties to be accomplished by September 3, 2007

3.    Amended pleadings may be filed without leave of the Court until September 10, 2007

4.    Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than August 17, 2007

5.    All fact discovery is to be completed either:

     a.   Within one hundred twenty (120) days of the date of this Order, specifically by not later than or December 7, 2007

     b.   Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than _____.

6.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

     a.   Initial requests for production of documents to be served by September 3, 2007.

     b.   interrogatories to be served by all party by September 3, 2007.

  c. Depositions to be completed by <u>November 30, 2007</u>
    i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

    ii. Depositions of all parties shall proceed during the same time.

    iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible,

  d. Any additional contemplated discovery activities and the anticipated completion date:

  e. Requests to Admit to be served no later than <u>November 2, 2007</u>

5. All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

 a. Plaintiff <u>January 11, 2007</u>

 b. Defendant <u>February 11, 2007</u>

2. Contemplated motions:

 a. Petitioner _____.

 B . Claimant <u>Dismiss the Limitation Petition</u>

3. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than <u>February 21, 2007.</u>

4. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

  Yes_____    No___x_____

Case 1:07-cv-03808-VM    Document 8    Filed 08/07/2007    Page 3 of 3

---

**TO BE COMPLETED BY THE COURT:**

11. The next Case Management Conference is scheduled for 12-14-07 at 2:00 p.m.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**
DATED:   New York, New York
         3 August 2007

VICTOR MARRERO
U.S.D.J.