# SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 571-3903
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| LONG ISLAND OFFICE | | NEW JERSEY OFFICE |
|---|---|---|
| 55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501 | | 126 STATE STREET • HACKENSACK • NEW JERSEY 07601 |
| TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350 | | TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461 |
| SPBMC-LI@TrialLaw1.com | | SPBMC-NJ@TrialLaw1.com |

PLEASE REPLY TO:

New York City Office

Author's E-Mail Address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Line:
(212) 266-4156

February 19, 2008

Chambers,
Hon. Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

In re: In The Matter Of The Complaint of DAVID SEAN
KENNEDY and KENNEDY ENGINE CO., INC., as
owners and/or owners Pro hac vice of the vesssel M/V CHELSEA
SCREAMER for Exoneration From or Limitation of Liability,

Civil No.: 07 CIV 3808
Our clients: Claimants John and Sharon Amber Baird

Honorable Sir:

    This letter is written on behalf of both the petitioner and the claimants.

    There is currently scheduled a settlement conference with this Honorable Court on February 26th, 2008.

    It is respectfully requested that the conference be adjourned to sometime after February 26th. The petitioner had requested that claimant John Baird be examined by its physician prior to the settlement conference; however at the examination the doctor was unable to go forward because the doctor claimed that he was a personal friend of a member of this firm. As a result the petitioner appointed another physician who is now scheduled to conduct a physical examination of the claimant on March 6th, 2008. The petitioner needs a report from its physician in order for the settlement conference to be meaningful. Accordingly, it is respectfully requested that the conference be adjourned to after March 6th, 2008 to allow petitioner to conduct the examination and obtain a report from its examining physician.

No prior requests for this adjournment have been made.

                    Respectfully submitted,

                    SULLIVAN PAPAIN BLOCK
                    McGRATH & CANNAVO P.C.

                    By_____
                        FRANK V. FLORIANI (FF4489)

FVF/ds
(068345)
cc:
Rubin, Fiorella & Friedman LLP
292 Madison Avenue
New York, NY 10017
Michael E. Stern, Esq.

2