UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3|11|08__

DAVID SEAN KENNEDY, et al.,          :
                                      :
                          Plaintiffs, :
                                      :                  **ORDER**
                  - against -         :
                                      :           **07 Civ. 3808 (VM) (RLE)**
JOHN C. BAIRD, et al.,                :
                                      :
                          Defendants. :

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the Parties appear before the Court for a settlement

conference on **April 3, 2008, at 2:00 p.m.**

**SO ORDERED this 10th day of March 2008**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge