```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID SEAN KENNEDY et al.,              :
                                        :         07 Civ 3808
                Plaintiff,              :
                                        :
    - against -                         :       NOTICE OF CONFERENCE
                                        :
                                        :
JOHN C. BAIRD et al.,                   :
                                        :
                Defendants.             :
----------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

    All parties are advised that a conference before Judge Marrero has been scheduled for April 25, 2008 at 11:15 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

    Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

SO ORDERED.

Dated:    New York, New York
            8 April 2008

                                              Victor Marrero
                                                U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08