```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SEAN KENNEDY, et al.,

                     **Plaintiffs,**

      - against -

JOHN C. BAIRD, et al.,

                     **Defendants.**

ORDER

07 Civ. 3808 (VM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a settlement conference before the Court on April 3, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent settlement conference on **June 13, 2008, at 2:30 p.m., in Courtroom 9A.**

**IT IS FURTHER ORDERED** that the respective principals appear at the conference.

**SO ORDERED this 5th day of May 2008**
**New York, New York**

*/s/ Ronald L. Ellis*

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**