# SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 571-9803
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

**LONG ISLAND OFFICE**
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7850
SPBMC-LI@TrialLaw1.com

**NEW JERSEY OFFICE**
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Author's E-Mail Address:
FFloriani@TrialLaw1.com
Direct Telephone Line:
(212) 266-4126
Private Fax Line:
(212) 266-4156

June 24, 2008

VIA FACSIMILE: 212-805-6382
Chambers,
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY ~~D~~
DOC #: _____
FILED: 6-25-08

In re: "M/V Chelsea Screamer"
Civil No.: 07 CIV 3808

Honorable Sir:

This firm represents claimants John and Sharon Baird in the above limitation proceeding.

Pursuant to this Court's order we held a second mediation session before United States Magistrate Judge Ronald L. Ellis on June 13th, 2008.

I understand that the Court has been advised that we were unable to settle this case and accordingly it is respectfully requested that the Court schedule a conference to address any outstanding matters.

Thank you.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By _____
FRANK V. FLORIANI (FF4489)

> Request GRANTED. A status conference herein is scheduled for 7-3-08 at 10:15 a.m. to address the matter described above by claimants John and Sharon Baird.
> SO ORDERED.
> 6-25-08
> DATE    VICTOR MARRERO, U.S.D.J.

cc: Michael Stern, Esq., Via Facsimile: 212-953-2462